*Monday, March 4, 1996*

## DISCIPLINARY DOCKET

**94-2254.** Cincinnati Bar Assn. v. Sullivan. This cause came on for further consideration upon the filing of respondent's motion for continuance of hearing. Upon consideration thereof,

IT IS ORDERED by the court that respondent's motion be, and is hereby, granted, and that a hearing before the court be held on March 19, 1996.

DOUGLAS, RESNICK, and COOK, JJ., dissent.

**95-395.** Disciplinary Counsel v. Beane. This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Frank Llewellyn Beane, Attorney Registration No. 0032041, last known address in Massillon, Ohio.

This court coming now to consider its order of July 12, 1995, wherein pursuant to Gov.Bar R. V(6)(B), the court suspended respondent for six months with no credit for time served, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

IT IS ORDERED by the court that Frank Llewellyn Beane be, and hereby is, reinstated to the practice of law in the state of Ohio.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Beane* (1995), 72 Ohio St.3d 480, 650 N.E.2d 1356.

**95-2367.** Cincinnati Bar Assn. v. Matho. This cause came on for further consideration upon the filing of respondents' motion for continuance of hearing. Upon consideration thereof,

IT IS ORDERED by the court that respondent's motion be, and is hereby, granted, and that a hearing before the court be held on March 19, 1996.

*Wednesday, March 6, 1996*

## MERIT DOCKET

**95-2551.** State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**96-47.** Cox v. Court of Appeals, Fifth App. Dist. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**96-62.** Drawl v. Clerk of Court, Supreme Court of Ohio. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**96-64.** State ex rel. Aloi v. Judges of the Ninth Dist. Court of Appeals. In Mandamus. On amended motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**96-75.** State ex rel. Young v. Judges of the Fourth App. Dist. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**96-77.** State ex rel. Mack v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., dissents and would grant an alternative writ.

**96-98.** Guess v. Judges. In Mandamus and Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.